1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHI VAN PHAM, | ) NO. SACV 10-0646 ODW (SS) |
| | ) |
| Petitioner, | ) **ORDER ACCEPTING FINDINGS,** |
| | ) |
| v. | ) **CONCLUSIONS AND RECOMMENDATIONS OF** |
| | ) |
| MICHAEL STAINER, Acting Warden, | ) **UNITED STATES MAGISTRATE JUDGE** |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 23, 2011

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE