**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHI VAN PHAM, | ) | NO. SACV 10-0646 ODW (SS) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL STAINER, Acting Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| ————————————————————— | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 23, 2011

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE